# EXHIBIT A

Irma Ramirez
734 Morton Way
Santa Rosa, CA 95404

March 14, 2014

Abacus
Att: Manager
2078 Hayes Street
San Francisco, CA 94117

Dear Manager of Abacus:

Recently, my husband and I visited and a friend visited Abacus. As we both use a wheelchair, we had a few problems at your restaurant. For example when we arrived there was a steep slope at the entrance and about a 1 ½" - 2" step which made it very difficult to get over. It's a good thing the door was open that day because if it were closed we could not have gotten in. There was no strike side which is the space next to the door to angle the wheelchair. Things seemed to get worse. Once inside we had to wait for about five minutes because there was a room divider which kept us from getting to the dining room. We had to wait about five minutes before someone came to move it. It was embarrassing and uncomfortable. We felt as everyone was looking at us. When it was time to use the restrooms we told by a staff member we could not use the restrooms because they were too small for us to use. These were the problems we encountered.

I thought the landlord and the tenant should know about this. That's why I wrote this identical letter to both of you. It's like letting the right hand know what the left hand is doing! If you both put your heads and hands together, I know the two of you can fix these problems. Some of the simple things like installing an automatic door opener and removing the threshold at the door would be a start. Maybe you could see about making a bigger restroom.

You need to learn what needs to be done and do it now. You need to do your own inspection. You don't need to take my word for it. So to help you, please call Pacific ADA and IT Center in Oakland at 1-800-949-4232 ask them to send you all the information they have on access then you will know what to look at and what needs to be done. Also, look into the $10,000 tax credit for providing access. Section 44 of the tax code is for the tax credit and section 190 of the tax code is for the deduction. You or your accountant should look into this. Anyway, please write me when you get this letter, tell me exactly what you plan on doing and when you plan on having it done. Give me a date.

If you are not the one in charge or don't have the responsibility to do it, would you make sure this letter goes to the person in charge or who can make decisions on what to do. Thanks!

Sincerely,

Irma Ramirez

Irma Ramirez

Irma Ramirez
734 Morton Way
Santa Rosa, CA 95404

March 14, 2014

Abacus
Att: Owner of Building for Abacus
2078 Hayes Street
San Francisco, CA 94117

Dear Owner of Building for Abacus:

Recently, my husband and I visited and a friend visited Abacus. As my husband and I both use a wheelchair, we had a few problems at your restaurant. For example when we arrived there was a steep slope at the entrance and about a 1 ½" - 2" step which made it very difficult to get over. It's a good thing the door was open that day because if it were closed we could not have gotten in. There was no strike side which is the space next to the door to angle the wheelchair. Things seemed to get worse. Once inside we had to wait for about five minutes because there was a room divider which kept us from getting to the dining room. We had to wait about five minutes before someone came to move it. It was embarrassing and uncomfortable. We felt as everyone was looking at us. When it was time to use the restrooms we told by a staff member we could not use the restrooms because they were too small for us to use. These were the problems we encountered.

I thought the landlord and the tenant should know about this. That's why I wrote this identical letter to both of you. It's like letting the right hand know what the left hand is doing! If you both put your heads and hands together, I know the two of you can fix these problems. Some of the simple things like installing an automatic door opener and removing the threshold at the door would be a start. Maybe you could see about making a bigger restroom.

You need to learn what needs to be done and do it now. You need to do your own inspection. You don't need to take my word for it. So to help you, please call Pacific ADA and IT Center in Oakland at 1-800-949-4232 ask them to send you all the information they have on access then you will know what to look at and what needs to be done. Also, look into the $10,000 tax credit for providing access. Section 44 of the tax code is for the tax credit and section 190 of the tax code is for the deduction. You or your accountant should look into this. Anyway, please write me when you get this letter, tell me exactly what you plan on doing and when you plan on having it done. Give me a date.

If you are not the one in charge or don't have the responsibility to do it, would you make sure this letter goes to the person in charge or who can make decisions on what to do. Thanks!

Sincerely,

Irma Ramirez

Irma Ramirez

**ABACUS RESTAURANT**
**2078 Hayes Street**
**San Francisco, CA 94117**

July 23, 2014

Ms. Irma Ramirez
734 Morton Way
Santa Rosa, CA 95404

Dear Ms. Ramirez:

I'm the owner of the Abacus restaurant and am responding to your letters from earlier this year in which you state that you and your husband experienced wheelchair access barriers at our restaurant. We are a small business, serving the neighborhood. We try very hard to make all our customers feel welcome, and we strive to provide excellent food and service. We have longtime, loyal customers who use wheelchairs and have been very satisfied with the Abacus.

Our restaurant is tiny and is in a building many decades old. When we took over the space from a previous Chinese restaurant owned by someone else, we did not make any renovations that would trigger a requirement to provide the disability access features mentioned in your letter. Nor is it readily achievable to construct these items now. For example, the back of the restaurant is tiny and, unfortunately, there is not enough space to make the bathroom accessible.

As you mentioned, the door was open when you arrived at the restaurant. Even if it had not been, a waiter or waitress is always present to open the door for our guests. You state that there was a room divider that kept you from getting to the dining room. But in fact, the room divider is simply a movable screen that is located in the dining room. Because the restaurant is so small, there isn't enough space for a separate waiting area, so we use the screen to provide diners with some privacy. Depending on how busy we are, all customers, not only those who use wheelchairs, may sometimes have to wait a few minutes for the waiter or waitress to find them a table.

I hope this letter helps clarify things for you.

Sincerely

Tommy Kwong